# United States District Court
## District of Arizona

UNITED STATES OF AMERICA
V.

AMOS BOONE

SSN:

JUDGMENT IN A CRIMINAL CASE

Case Number: CR 92-414 01 PCT PGR

DAVID ALVAREZ
_____
Attorney for Defendant

FILED ____ LODGED
RECEIVED ____ COPY
APR 28 1993
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY ____ DEPUTY

## THE DEFENDANT ENTERED A PLEA OF:

[x] guilty  [ ] nolo contendere  as to count(s)  ONE-COUNT INFORMATION  and,

[ ] not guilty as to count(s) _____

## THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:

Crime on an Indian Reservation, Second Degree Murder, in violation of Title 18, United States Code, Sections 1153 and 1111

## IT IS THE JUDGMENT OF THIS COURT THAT:

Defendant is committed to the custody of the Federal Bureau of Prisons for a term of 168 months followed by a five-year term of supervised release with the following special conditions in addition to the standard conditions of release: Defendant shall (1) pay a special assessment in the amount of $50, due and payable immediately to the Clerk, U.S. District Court or through the Inmate Financial Responsibility Program while incarcerated; (2) participate as instructed by the U.S. Probation Officer in a program approved by U.S. Probation Office for substance abuse treatment, which may include testing for substance abuse and also abstain from use of alcohol and/or all other intoxicants during and after course of treatment; (3) pay restitution in the amount of $3,374, due immediately or at the rate of $100 per month, the full amount to be paid 90 days prior to expiration, payments to begin while incarcerated through Inmate Financial Responsibility Program, with any unpaid balance becoming a condition of supervision and payments to be made to the U.S. Attorney's Office, Financial Litigation Section.

IT IS FURTHER ORDERED remanding defendant to the custody of the United States Marshal for incarceration.

In addition, as conditions of probation/supervised release, IT IS ORDERED that the conditions of probation/supervised release set out in the remainder of this judgment are imposed.

AO 245 Arizona (Reverse)

**CONDITIONS OF PROBATION/SUPERVISED RELEASE**

Where probation has been ordered the defendant shall:
(1) refrain from violation of any law (federal, state, and local) and get in touch immediately with your probation officer if arrested or questioned by a law-enforcement officer;
(2) associate only with law-abiding persons and maintain reasonable hours;
(3) work regularly at a lawful occupation and support your legal dependents, if any, to the best of your ability. (When out of work, notify your probation officer at once and consult him prior to job changes);
(4) not leave the judicial district without the permission of your probation officer;
(5) notify your probation officer immediately of any changes in your place of residence;
(6) follow your probation officer's instructions, report as directed, and comply with any general or special conditions pursuant to District of Arizona General Order 201.

The Court may change the conditions of probation or supervised release or extend the term of supervision, if less then the authorized maximum, at any time during the period of probation or supervised release. The Court may issue a warrant and revoke the original or any subsequent sentence for a violation occurring during the period of probation or supervised release.

IT IS FURTHER ORDERED that the defendant shall immediately pay to the Clerk of the Court a total special assessment of $50.00 pursuant to Title 18, U.S.C. Section 3013 for count(s) as follows:

IT IS FURTHER ORDERED that counts **the Indictment** are DISMISSED on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall pay to the United States Attorney for this district any amount imposed as restitution. The defendant shall pay to the Clerk of the Court any amount imposed as a fine and as a cost of prosecution. Payment of such amount is due immediately but, if so ordered shall be payable in equal monthly installments with payment in full by a date certain. In all cases restitution, fines, and costs shall be payable during the period of incarceration with the payment of any remaining balance to be a condition of probation or supervised release. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the United States Attorney for this district of any change in name and address.

IT IS FURTHER ORDERED that the Clerk of the Court deliver a certified copy of this judgment to the United States Marshal of this district.

☐ The Court orders commitment to the custody of the Bureau of Prisons and recommends:

**defendant be incarcerated in Arizona if possible**

**April 26 1993**
Date of Imposition of Sentence

*[signature]*
Signature of Judicial Officer

**PAUL G. ROSENBLATT, UNITED STATES DISTRICT JUDGE**
Name and Title of Judicial Officer

APRIL 27, 1993
Date

**RETURN**

I have executed this Judgment as follows:

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this Judgment in a Criminal case.

United States Marshal

By _____
Deputy Marshal