# UNITED STATES DISTRICT COURT
## for
## DISTRICT OF ARIZONA

FILED ___ LODGED
RECEIVED ___ COPY

SEP 8 2008

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States v. Amos Boone                    Docket No. 92CR00414-001-PCT-PGR

## Superceding Petition to Revoke Supervised Release

**COMES NOW PROBATION OFFICER** Rebecca Wilcox presenting an official report on Amos BOONE who was committed to the Bureau of Prisons on April 26, 1993, by the Honorable Paul G. Rosenblatt presiding in the District Court of Arizona. A five year period of supervised release was imposed, and supervision commenced upon the offender's discharge from imprisonment on September 29, 2005. In addition to the general terms and conditions adopted by the court, the offender was ordered to comply with the following special conditions:

1. Defendant shall pay a special assessment in the amount of $50, due and payable immediately to the clerk, U.S. District Court or through the Inmate Financial Responsibility Program while incarcerated.
2. Defendant shall participate as instructed by the probation officer in a program approved by U.S. Probation Office for substance abuse treatment, which may include testing for substance abuse and also abstain from use of alcohol and/or all other intoxicants during and after course of treatment.
3. Defendant shall pay restitution in the amount of $3,374, due immediately or at the rate of $100 per month, the full amount to be paid 90 days prior to expiration, payments to begin while incarcerated through Inmate Financial Responsibility Program, with any unpaid balance becoming a condition of supervision and payments to be made to the U.S. Attorney's Office, Financial Litigation Section.

On November 7, 2007, a special condition was ordered directing Boone to participate in a Residential Re-entry Center for up to 180 days, or until discharged by the probation officer.

Amos Boone was convicted of Second Degree Murder, in violation of 18 USC §1153 and 111.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

A. **VIOLATION OF STANDARD CONDITION #1:** You shall not commit another federal, state, or local crime during the term of supervision.

   On or about March 2, 2008, Boone committed the crime of Assault with a Dangerous Weapon, in violation of Title 18, USC § 1153 and 113(a)(3). Grade A violation, 7B1.1(a)(1).

B. **VIOLATION OF SPECIAL CONDITION #2:** Defendant shall participate as instructed by the probation officer in a program approved by U.S. Probation Office for substance abuse treatment, which may include testing for substance abuse and also abstain from use of alcohol and/or all other intoxicants during and after course of treatment.

   Boone consumed alcohol on or about October 5, 2007. Grade C violation, 7B1.1(a)(3).

C. **VIOLATION OF SPECIAL CONDITION #4:** The defendant shall participate in a Residential Re-entry Center for up to 180 days, or until discharged by the probation officer.

Boone failed to report to the Residential Re-entry Center on December 10, 2007, as instructed by the probation officer. Grade C violation, 7B1.1(a)(3).

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER this petition supersede the petition filed December 20, 3007.**

In conformance with the provision of 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the offender has violated conditions of supervision, I am petitioning the Court to supersede the previously filed petition.

_____          __August 22, 2008__
Rebecca Wilcox,                                        Date
U.S. Probation Officer

**Reviewed by**

_____          __August 22, 2008__
Rod McKone                                             Date
Supervisory U.S. Probation Officer

### ORDER OF COURT

I find there is probable cause to believe the offender has violated conditions of supervision, supported by the above affirmation given under penalty of perjury. The Court orders the petition superseded. Considered and ordered this ___8th___ day of ___Sept___, 2008 and ordered filed and made a part of the records in the above case.

_____
The Honorable Paul G. Rosenblatt,
Senior U.S. District Judge

Defense Counsel:

Jane McClellan
(Appointed)